Per curiam.

## FOURTH DISTRICT.

M. H. Zeigler, appellee, v. Eastern Automobile Insurance Underwriters, appellant.

Heard in this court at the May term, 1930. Opinion filed September 22, 1930. Rehearing denied October 28, 1930.

Roger E. Chapin and Williamson, Burroughs & Simpson, for appellant. White & Quindry and Roscoe Forth, for appellee.
Mr. Presiding Justice Barry delivered the opinion of the court.